Before STATE INDUSTRIAL BOARD, Respondent. ROSE COONEY, Respondent, v. EMPIRE CONSTRUCTION COMPANY and Another, Appellants.— Award reversed, and matter remitted to the State Industrial Board, with costs against said Board to abide the event, on the ground that the affidavits even if properly authenticated

cannot, unaided by other evidence, be made the basis of an award, and that the oral evidence does not establish dependency. All concur.

Before STATE INDUSTRIAL BOARD, Respondent. JENNIE FREEMAN CULVER, Respondent, v. CRESCENT TOOL COMPANY and Another, Appellants.— Award unanimously affirmed, with costs in favor of the State Industrial Board.